IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| XAVIER NEODINA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14 CV 2494 |
| | ) | |
| VILLAGE OF SCHAUMBERG, ILLINOIS, JOHN CICHY, MATTHEW HUDAK, TERRANCE O'BRIEN, ALAN TAKEI, TOM GREENAWAY, OFFICER SCHMITT, #3306, | ) ) ) ) ) | Judge Harry D. Leinenweber Magistrate Judge Geraldine Soat Brown |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**DEFENDANTS' AGREED MOTION TO
DISMISS PURSUANT TO SETTLEMENT**

Defendants, Alan Takei, Tom Greenaway, Officer Schmitt, the Village of Schaumburg, Matthew Hudak, John Cichy and Terrance O'Brien, through their attorneys, James G. Sotos and John J. Timbo of The Sotos Law Firm, P.C. and Eileen Rosen of Rock Fusco & Connelly, LLC, hereby state that the parties have reached agreement to settle this matter, having entered into a Release and Settlement Agreement and attached Stipulation to Dismiss (Ex. A), and thus this matter should be dismissed, with prejudice and without costs or attorneys fees to any party.

Dated: February 15, 2016

RESPECTFULLY SUBMITTED,

/s/John J. Timbo
JOHN J. TIMBO, Attorney No. 06238251
*One of the Attorneys for Schaumburg Defendants*

THE SOTOS LAW FIRM, P.C.
550 E. Devon Avenue, Suite 150
Itasca, Illinois 60143
jtimbo@jsotoslaw.com

/s/Eileen E. Rosen
EILEEN E. ROSEN, Attorney No. 6217428
*One of the Attorneys for Hudak, Cichy & O'Brien*

ROCK FUSCO & CONNELLY, LLC
321 N. Clark Street, Suite 2200
Chicago, Illinois 60654
erosen@rfclaw.com

## CERTIFICATE OF SERVICE

      I certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct, that on February 15, 2016, I electronically filed the foregoing **Defendants' Agreed Motion to Dismiss Pursuant to Settlement** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys listed on the attached Service List.

      /s/John J. Timbo
      JOHN J. TIMBO, Attorney No. 6238251
      *One of the Attorneys for Schaumburg Defendants*

**SERVICE LIST**
*Neodina v. Village of Schaumburg, et al.*
Case No. 14 CV 2494

*Attorney for Plaintiff*
David A. Cerda
Cerda Law Office
1624 West Division Street
Suite 209
Chicago, Illinois 60622
Tel: (312) 467-9100
Email: dcerda@cerdalaw.com


*Attorneys for Cichy, Hudak & O'Brien*
Eileen E. Rosen
Catherine M. Barber
Silvia Mercado Masters
Stacy A. Benjamin
Rock Fusco & Connelly, LLC
321 North Clark Street, Suite 2200
Chicago, Illinois 60610
Tel: (312) 494-1000
Fax: (312) 494-1001
erosen@rockfuscoconnelly.com
cbarber@rockfuscoconnelly.com
smercado@rockfuscoconnelly.com
sbenjamin@rockfuscoconnelly.com