*Neodina v. Village of Schaumburg, et al.*
Case No. 14 CV 2494

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| XAVIER NEODINA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14 CV 2494 |
| ) | |
| VILLAGE OF SCHAUMBERG, ) | Judge Harry D. Leinenweber |
| ILLINOIS, JOHN CICHY, MATTHEW ) | |
| HUDAK, TERRANCE O'BRIEN, ) | Magistrate Judge Geraldine Soat Brown |
| ALAN TAKEI, TOM GREENAWAY, ) | |
| OFFICER SCHMITT, #3306, ) | |
| ) | JURY TRIAL DEMANDED |
| Defendants. ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

RESPECTFULLY SUBMITTED,

*Attorney for Schaumburg Defendants*

*Attorney for Plaintiff*

*Attorney for Cichy, Hudak and O'Brien*

THE SOTOS LAW FIRM, P.C.
550 E. Devon Avenue, Suite 150
Itasca, Illinois 60143
Tel: (630) 735-3300
Fax: (630) 773-0980
jtimbo@jsotoslaw.com